2/22/2021 3:57 PM     Sales Receipt #97783
Store: 1     Workstation: 3

**REPRINTED**

## Tri State Outdoors
2100 White Street
Dubuque, IA 52001

Bill To:
Brianna Howard-Weber
████████ █
Dubuque, IA 52001

Cashier: Sysadmin

| Item # | Qty | Price | Ext Price |
|---|---|---|---|
| 4114 | 1 | $0.00 | $0.00 T |
|   2 Shooter/ lane | D% 100% | | |
| 4116 | 2 | $1.00 | $2.00 T |
|   Hearing Rental | | | |
| 9262 | 2 | $1.00 | $2.00 T |
|   Eye Rental | | | |
| 7555 | 6 | $0.50 | $3.00 T |
|   TSO Targets | | | |
| 21987 | 1 | $0.00 | $0.00 T |
|   Glock G19 Gen4 9m | D% 100% | | |
| 25873 | 1 | $19.95 | $19.95 T |
|   Federal American Ea | | | |
| 24988 | 1 | $0.00 | $0.00 T |
|   Glock G 43X .9mm | D% 100% | | |
| 27972 | 1 | $519.95 | $519.95 T |
|   Glock 19 G3 9mm | | | |
| 25873 | 1 | $19.95 | $19.95 T |
|   Federal American Ea | | | |

Subtotal:    $566.85
Local Sales Tax    7 % Tax    + $39.68
**RECEIPT TOTAL:**    **$606.53**

Amount Tendered: $610.00
Change Given: $3.47

Cash: $610.00

Total Sales Discounts:    $35.00

Government Exhibit 1
Case 23-CR-1013

Thanks for shopping with us!